564

MIRIAM OLSEN v. WARREN TOWNSHIP RESCUE SQUAD.

June 19, 1974. Petition for certification denied.

HARTZMARK AND COMPANY v. JACK SHARWELL.

June 19, 1974. Petition for certification denied.

GREENWOOD CEMETERY ASSOCIATION v.
PHOENIX MUTUAL LIFE INSURANCE COMPANY.

June 19, 1974. Petition for certification granted.

STEVEN GAGLIONE v. KENNETH F. NORMAN.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM TOWNS, JR.

July 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY HOLMES.

July 1, 1974. Petition for certification denied.